BECKMAN v STATE

Ohio Supreme Court
No 22173. Decided May 28, 1930

Judgment affirmed.

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Day, JJ., concur.